# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY ROBERT HOFFMAN, | Case No.  1:22-cv-00060-JLT-SKO |
| Plaintiff, | |
| v. | **ORDER TRANSFERRING CASE** |
| LATANYA TAYLOR LYLES and LAZARO GUERRERA, | |
| Defendants. | |

_____/

On January 13, 2022, Defendants Latanya Taylor Lyles and Lazaro Guerrera, appearing *pro se*, filed a Notice of Removal seeking to remove an unlawful detainer action from the Superior Court of California, County of San Joaquin.  (*See* Doc. 1.)

Title 28 U.S.C. Section 1441 pertains to the removal of civil actions and states in pertinent part that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. 1441(a).  Here, the district and division embracing the place where such action is pending

1  is the Sacramento Division of the United States District Court, Eastern District of California. *See*

2  E.D. Cal. Local Rule 120(d) ("All civil and criminal actions and proceedings of every nature and

3  kind cognizable in the United States District Court for the Eastern District of California arising in .

4  . . San Joaquin . . . count[y] shall be commenced in the United States District Court sitting

5  Sacramento, California."). Thus, this action should have been removed to the Sacramento, not the

6  Fresno, Division of this Court.

7       Local Rule 120(f) provides that a civil action that has not been commenced in the proper

8  division of the Court may, on the Court's own motion, be transferred to the proper division of the

9  Court. Therefore, this action will be transferred to the Sacramento Division of the Court.

10       Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

11      1.     This case is transferred to the Sacramento Division of the United States District Court

12           for the Eastern District of California; and

13      2.     All future filings shall refer to the new Sacramento case number assigned and shall

14           be filed at:

15              United States District Court
            Eastern District of California

16              501 "I" Street, Suite 4-200
            Sacramento, CA 95814

17

18       Defendants' applications to proceed *in forma pauperis* (Docs. 2 & 3) remain pending.

19  IT IS SO ORDERED.

20  Dated:   **January 18, 2022**           /s/ *Sheila K. Oberto*

21                         UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28